IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-cv-01495-BO-RJ

| | |
|---|---|
| WALTER JAMES GALLO, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Defendant.* | ) |

## ORDER ON PLAINTIFF'S
## MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO FED. R. CIV. P. 25

For good cause having been shown upon Plaintiff's unopposed Motion, the Court orders the substitution of Geoffrey A. Gallo, Personal Representative for the Estate of Walter James Gallo, as Plaintiff in this action.

SO ORDERED. This  1  day of  July  2024

TERRENCE W. BOYLE
United States District Judge